NUMBER
13-06-296-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_______________________________________________________

 

FELIPE MENDOZA-BRITO, ET AL.,                             Appellants,

 

                                           v.

 

WADE ALLEN MATHEWS D/B/A MATHEWS 

MACHINE &
HYDRAULIC SUPPLY, ET AL.,                   Appellees.

_______________________________________________________

 

                  On
appeal from the 206th District Court 

                            of
Hidalgo County, Texas

_______________________________________________________

 

                     MEMORANDUM
OPINION

 

      Before
Chief Justice Valdez and Justices Yañez and Garza

                       Memorandum
Opinion Per Curiam

 








Appellants, FELIPE MENDOZA-BRITO, ET AL., attempted to
perfect an appeal from a judgment entered by the 206th District
Court of Hidalgo County, Texas, in cause number C-044-05-D.  Judgment in this cause was signed on April 20, 2006.  No timely
motion for new trial was filed.  Pursuant
to Tex. R. App. P. 26.1, appellants= notice of appeal was
due on May 22, 2006, but was not filed until May
26, 2006.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellants were advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellants.

The Court, having examined and fully considered the documents on file,
appellants= failure to timely
perfect this appeal, and appellants= failure to respond to
this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and 

filed this the 20th day of July, 2006.